[No. 28029-9-II.   Division Two.   June 10, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. BRYANT O'KEITH
WILLIAMS, *Appellant*.

Appeal from a judgment of the Superior Court for Kitsap
County, No. 01-1-01072-5, Jay B. Roof, J., entered November 2, 2001. *Affirmed* by unpublished opinion per Morgan,
J., concurred in by Hunt, C.J., and Seinfeld, J. Now published at 118 Wn. App. 178.


[No. 28054-0-II.   Division Two.   June 10, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. KENNETH GENE
BOPP, *Appellant*.

Appeal from judgments of the Superior Court for Kitsap
County, No. 01-1-00747-3, Anna M. Laurie, J., entered
October 19 and November 9, 2001. *Affirmed* by unpublished
opinion per Morgan, J., concurred in by Seinfeld and
Armstrong, JJ.


[No. 28082-5-II.   Division Two.   June 10, 2003.]

JANET WADE, *Appellant*, v. JAMES P. KING, ET AL.,
*Respondents*.

Appeal from judgments of the Superior Court for Lewis
County, No. 00-2-00560-0, H. John Hall, J., entered October
26 and November 16, 2001. *Affirmed* by unpublished opinion per Morgan, J., concurred in by Hunt, C.J., and
Seinfeld, J.


[No. 28109-1-II.   Division Two.   June 10, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. JOSEPH ARLIQUIN
RODRIGUEZ, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce
County, No. 00-1-03534-1, Vicki L. Hogan, J., entered
November 26, 2001. *Affirmed* by unpublished opinion per
Hunt, C.J., concurred in by Morgan and Bridgewater, JJ.